# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COMPLETE BUSINESS SOLUTIONS GROUP, INC., d/b/a PAR Funding** | : | CIVIL ACTION |
| | : | |
| **v.** | : | |
| | : | |
| **SUNROOMS AMERICA, INC., d/b/a Sunrooms America, d/b/a SRA Home Products, d/b/a SPA Home Products, d/b/a Sun Room America and MICHAEL FOTI, Guarantor** | : : : : : | NO. 20-847 |

## ORDER

**NOW,** this 22nd day of July, 2020, upon consideration of Plaintiff Complete Business Solutions Group, Inc.'s Motion to Remand (Document No. 4) and the defendants' response, and the reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **REMANDED** to the state court from which it was removed.

/s/ TIMOTHY J. SAVAGE J.